

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

**NO. 2-10-054-CR**

JOHN CHARLES MALEY                                                           APPELLANT

V.

THE STATE OF TEXAS                                                                  STATE

------------

FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

On November 17, 2009, appellant John Charles Maley pleaded guilty to possession with intent to deliver a controlled substance of less than one gram. In accordance with the plea bargain, the trial court sentenced appellant to three years' imprisonment. Appellant later filed a motion for new trial and a notice

---

[1] *See* Tex. R. App. P. 47.4.

of appeal, but the trial court's certification of his right to appeal shows that this case "is a plea-bargain case, and [appellant] has NO right of appeal."

On February 9, 2010, we sent a letter to appellant's counsel informing her of the trial court's certification and giving appellant, or any party desiring to continue the appeal, until February 19, 2010, to file a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(a)(2). We stated that the appeal could be dismissed unless we received such a response. *See* Tex. R. App. P. 44.3. We have not received any response.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006); *Jackson v. State*, 168 S.W.3d 239, 243 (Tex. App.—Fort Worth 2005, no pet.).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: March 18, 2010